# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR GSAMP
TRUST 2007-FM2, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2007-FM2
                    Appellant,
        vs.
AIRMOTIVE INVESTMENTS, LLC.,
                    Respondent.

No. 75354

FILED

JUN 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The clerk of this court shall issue the remittitur forthwith. *Id.*

It is so ORDERED.

_____, C.J.

cc:    Hon. Mark B. Bailus, District Judge
       Thomas J. Tanksley, Settlement Judge
       Wright, Finlay & Zak, LLP/Las Vegas
       Roger P. Croteau & Associates, Ltd.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26859